**Opinion issued September 23, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-14-00670-CR

————————————

### IN RE RONALD WAYNE SCHOFIELD, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Ronald Wayne Schofield, has filed a *pro se* petition for writ of mandamus, seeking to compel the respondent trial court to rule on his pending application for a writ of habeas corpus seeking relief from his felony conviction for failure to register as a sex offender.[1]

---

[1] Respondent is the Honorable Kerry L. Neves, 10th Judicial District Court of Galveston County, Texas. The underlying case is *State of Texas v. Ronald Wayne Schofield*, No. 06CR3089, 10th District Court, Galveston County, Texas, the Honorable Kerry L. Neves presiding. We affirmed relator's

We **dismiss** the petition for writ of mandamus for want of jurisdiction. *See*

TEX. R. APP. P. 52.8(a); TEX. CODE CRIM. PROC. ANN. art. 11.07(3)(a) (West Supp.

2013).

## PER CURIAM

Panel consists of Justices Higley, Bland, and Sharp.

Do not publish. TEX. R. APP. P. 47.2(b).

---

conviction for the second-degree felony of failure to register as a sex offender. *Schofield v. State*, 274 S.W.3d 1, 4 (Tex. App.—Houston [1st Dist.] 2009, pet. ref'd).